1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055
5
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| PAUL TERRY, | MDL NO. 1699 |
|---|---|
| Plaintiffs, | District Judge: Charles R. Breyer |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF PAUL TERRY** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | |
| Defendants. | Case No. 06-cv-2444 |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiffs, Paul Terry, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER FOR DISMISSAL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: Thursday, August 16, 2007 | Respectfully submitted, |
| 3 | | THE MILLER FIRM, LLC |
| 4 | | By: /s/ David C. Andersen |
| 5 | | DAVID C. ANDERSEN |

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

Dated: 8-23-07

Respectfully submitted,

GORDON & REES

By: /s/ Stuart M. Gordon
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: August 29, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-- 2 --